# United States Bankruptcy Court
## Southern District of Georgia

In re __Warneater Moore_____   Case No. __19-41718__
                    Debtor(s)                        Chapter __7__

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1.  Debtor 1    **Warneater Moore**

    Employer _____

    Dates of Pay Advices:   From _____   To _____

    The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

    ☐   The Debtor 1 was not employed.

    ☑   The Debtor 1's source of income was from Social Security.

    ☐   The Debtor 1 was self-employed.

2.  Debtor 2 (Spouse)  _____

    Employer _____

    Dates of Pay Advices:   From _____   To _____

    The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

    ☐   Debtor 2 was not employed.

    ☐   Debtor 2's source of income was from Social Security.

    ☐   Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| /s/ Judson C. Hill                    | December 2, 2019 | /s/ Warneater Moore                       | December 2, 2019 |
|---------------------------------------|------------------|-------------------------------------------|------------------|
| Signature of Attorney for Debtor(s)   | Date             | Signature of Debtor 1                     | Date             |
| **Judson C. Hill 354277**             |                  |                                           |                  |
| Name of Attorney                      |                  | Signature of Debtor 2 (if applicable)     | Date             |